UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

SPLIETHOFF BEVRACHTINGSKANTOOR B.V.,

    Plaintiff,

v.

UNITED YACHT TRANSPORT LLC,

    Defendant.

CASE NO.

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff, SPLIETHOFF BEVRACHTINGSKANTOOR B.V. ("SPLIETHOFF"), through its undersigned counsel, hereby sues defendant, UNITED YACHT TRANSPORT LLC ("UYT"), for declaratory relief and in support thereof, respectfully states as follows:

### Nature of the Action

1. This is an action for declaratory relief pursuant to 28 U.S.C. § 2201.

2. There is an actual and justiciable controversy between SPLIETHOFF and UYT over rights in the trademark UNITED YACHT TRANSPORT.

3. Plaintiff SPLIETHOFF seeks a declaratory judgment that its rights in the trademark "UNITED YACHT TRANSPORT" (the "Mark") are superior to any rights in said mark of Defendant UYT and that UYT's use of the UNITED YACHT TRANSPORT mark unlawfully has infringed upon SPLIETHOFF's common law and registered rights in the mark.

4. Plaintiff SPLIETHOFF also seeks further relief that orders Defendant UYT to cease and desist its use of the UNITED YACHT TRANSPORT mark in all forms and venues (including its website, corporate name, social media accounts, and print and online advertising) and to transfer

CASE NO.

certain online assets using the mark UNITED YACHT TRANSPORT (such as the domain name of www.united-yacht.com operated by UYT) to SPLIETHOFF.

## The Parties and Jurisdiction

5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 2201, § 2202 and § 1331.

6. Venue is proper in the United States District Court for the Southern District of Florida pursuant to 28 USC § 1391(b).

7. All conditions precedent to the filing of this action have occurred or have been complied with.

8. At all times material, Plaintiff SPLIETHOFF is and was a private limited liability company, incorporated under the laws of The Netherlands, having its principal place of business in Amsterdam, The Netherlands.

9. At all times material, Defendant UYT is and was a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Dania Beach, Florida.

## General Allegations

10. Plaintiff SPLIETHOFF and Defendant UYT are direct competitors in the offering and selling in commerce of the service of transport of yachts by ocean-carrying vessels.

11. The industry of the transport of yachts by boat was founded in 1992 by the predecessors of Plaintiff SPLIETHOFF, which include Dockwise Yacht Transport LLC, United Yacht Transport (USA) and Dockwise Yacht Transport (USA), Inc.

12. Dockwise Yacht Transport LLC and its predecessors continuously used the mark UNITED YACHT TRANSPORT from 1992 through October 15, 2013 in connection with the services of providing transportation of yachts by boat in commerce.

CASE NO.

13. On October 15, 2013, SPLIETHOFF purchased the yacht transport business of Dockwise Yacht Transport LLC and certain yacht-transport vessels and other assets from Dockwise Yacht Transport LLC and other sellers.

14. In the summer of 2013, UYT bought the assets of a yacht transport company called Yacht Path International in a U.S. bankruptcy proceeding pending in the Southern District of Florida.

15. In or about early August 2013, UYT adopted UNITED YACHT TRANSPORT as its corporate name and began advertising, using the mark UNITED YACHT TRANSPORT, that UYT could provide the services in commerce of the transport of yachts by boat.

16. Before UYT adopted the Mark UNITED YACHT TRANSPORT for its corporate name and began advertising under the Mark in 2013, UYT had actual knowledge that Dockwise Yacht Transport LLC and its predecessor companies, for decades, had used the mark UNITED YACHT TRANSPORT in connection with the provision of the service of transportation of yachts by boat in commerce.

17. Before UYT began using the Mark in 2013, UYT had actual knowledge that Dockwise Yacht Transport LLC at that time was using the Mark to advertise the yacht transport services of Dockwise Yacht Transport LLC, by displaying the Mark on the sidewalls its massive semi-submersible yacht-transport vessel, the M/V Yacht Express, and listing the yacht transport services of Dockwise in the Port Everglades Facilities Guide & Directory.

18. UYT deliberately adopted the corporate name UNITED YACHT TRANSPORT and began its new business operations of yacht transport by boat using the Mark in order to gain a commercial advantage.

CASE NO.

19. Without question, UYT adopted the Mark for use in its new business venture in 2013 in order deceive the public and falsely create the impression with yacht owners, others requiring yacht transport services, the yachting and shipping industry, and the public, that UYT's fledgling company (newly formed and with assets purchased in a bankruptcy proceeding) had an affiliation or relationship with the long-established, reputable yacht transport business of Dockwise Yacht Transport LLC and its predecessors that used the Mark UNITED YACHT TRANSPORT to identify its services.

20. On August 7, 2013, UNITED YACHT TRANSPORT filed an application with the United States Patent & Trademark Office ("USPTO") under Section 1(a) of the Lanham Act, 15 U.S.C. § 1501, for registration of the mark UNITED YACHT TRANSPORT for "Transport of Yachts By Boat" in International Class 039, and U.S. Classes 100 and 105, U.S. Application Serial No. 86031633.

21. On August 18, 2013 SPLIETHOFF filed an application with the USPTO under Section 1(a) of the Lanham Act, 15 U.S.C. § 1501, for registration of the mark UNITED YACHT TRANSPORT for "Transport of Yachts By Boat" in International Class 039, and U.S. Classes 100 and 105, U.S. Application Serial No. 86041056.

22. On August 20, 2013, counsel for Dockwise Shipping B.V. of the Netherlands, sent UYT correspondence demanding that UYT "cease and desist" using the mark UNITED YACHT TRANSPORT. Counsel for Dockwise sent a follow-up email demand to UYT's counsel on September 13, 2013. A true and correct copy of the August 20, 2013 letter and September 13, 2013 email are attached as Composite Exhibit "A" hereto.

23. UYT refused to stop using the Mark and continued to prosecute its trademark application with the USPTO, U.S. Application Serial No. 86031633.

24. The USPTO placed SPLIETHOFF's Trademark Application Serial No. 86041056 in suspended status due to the earlier filing of UYT's U.S. trademark application, U.S. Application No. 86031633.

25. On November 4, 2014, SPLIETHOFF filed an opposition to UYT's pending U.S. trademark application, USPTO Opposition Proceeding No. 91219179.

26. In its Notice of Opposition, and subsequently filed Amended Notice of Opposition and Third Amended Notice of Opposition, SPLIETHOFF asserted its priority of legal rights in the Mark and various other grounds for the Trademark Trial and Appeal Board ("TTAB") to sustain SPLIETHOFF's Opposition and refuse registration rights of the Mark to UYT.

27. SPLIETHOFF and UYT litigated Opposition Proceeding No. 91219179 from the above filing date until early 2021.

28. While the Opposition Proceeding was pending before the TTAB, UYT and SPLIETHOFF each continued to use the Mark in connection with providing competing services of the transportation of yachts by boat.

29. On February 2, 2021, the TTAB issued an Order in Opposition Proceeding 91219179 that entered judgment against UYT and sustained SPLIETHOFF's Opposition to UYT's pending application for trademark registration of the Mark, on the basis that UYT had not complied with TTAB Orders and was found to have apparently lost interest in the Opposition Proceeding.

30. Thereafter, the USPTO removed SPLIETHOFF's pending trademark application from suspension status.

31. On May 25, 2021, the USPTO issued trademark registration on its Principal Register to SPLIETHOFF for the Standard Character Mark "UNITED YACHT TRANSPORT," U.S. Trademark Registration No. 6358639.

CASE NO.

32. In addition to its rights in the Mark under U.S. Trademark Registration No. 6358639, SPLIETHOFF also has common law rights in the mark UNITED YACHT TRANSPORT commencing in 1992 that are based upon its asset purchase agreement entered into on October 15, 2013 between SPLIETHOFF, Dockwise Yacht Transport LLC and other sellers ("Agreement").

33. Pursuant to the Agreement, SPLIETHOFF acquired all of the assets of Dockwise Yacht Transport LLC and other sellers, including two dedicated semi-submersible yacht carriers, and obtained the rights to continue engaging in the yacht transport business activities conducted by or on behalf of Dockwise Yacht Transport LLC and the other sellers as of the closing date of the Agreement.

34. SPLIETOFF also acquired all rights, including all common law rights, in the UNITED YACHT TRANSPORT Mark, by means of assignments from Dockwise Yacht Transport LLC and Dockwise Shipping B.V. to SPLIETHOFF, effective October 15, 2013.

35. On June 14, 2021, undersigned counsel for SPLIETHOFF send correspondence to UYT demanding, inter alia, that UYT "cease and desist" using the UNITED YACHT TRANSPORT Mark. A true and correct copy of the letter is attached as Exhibit "B" hereto.

36. Upon receipt of this correspondence, counsel for UYT contacted undersigned counsel but UYT has not agreed to cease using the mark and to comply with the other demands set forth in the June 14, 2021 letter.

37. The deadline for UYT to cease using the Mark and take the other actions demanded in the June 14, 2021 correspondence, and a further time period of extension requested by UYT counsel, has expired.

CASE NO.

## COUNT I – DECLARATORY RELIEF

38. SPLIETHOFF hereby incorporates by reference and realleges paragraphs 1 – 37 as if fully set forth herein.

39. It is SPLIETHOFF's position that its legal rights in the Mark are superior to those of UYT and that SPLIETHOFF is entitled to a declaratory judgment establishing such rights and the further relief against UYT sought hereby.

40. It is UYT's position that SPLIETHOFF does not have superior rights in the Mark UNITED YACHT TRANSPORT and UYT has refused to cease using the Mark.

41. In light of the forgoing dispute, SPLIETHOFF requires a declaration from the Court as to its legal rights with respect to the Mark UNITED YACHT TRANSPORT.

42. SPLIETHOFF is entitled to a declaratory judgment issued by this Court under 28 U.S.C. § 2201 that SPLIETHOFF's rights in the Mark UNITED YACHT TRANSPORT are superior to those of UYT and that requires UYT to stop using the Mark forthwith.

43. SPLIETHOFF also is entitled to the entry of Court order(s), pursuant to 28 U.S.C. § 2202, as necessary and proper, that requires UYT to take certain actions to fully and finally realize UYT's cessation of all use of the Mark UNITED YACHT TRANSPORT and the Court's declaratory judgment as to legal rights in the Mark.

## PRAYER FOR RELIEF

WHEREFORE, pursuant to 28 U.S.C. § 2201, Plaintiff SPLIETHOFF BEVRACHTINGSKANTOOR B.V. requests the Court to enter a declaratory judgment against Defendant UYT that finds that SPLIETHOFF's rights in the Mark UNITED YACHT TRANSPORT are superior to any rights of UYT in the Mark and that SPLIETHOFF has the right to preclude all use of the Mark by UYT.

CASE NO.

WHEREFORE, pursuant to 28 U.S.C. § 2202, and the inherent power of this Court, Plaintiff SPLIETHOFF BEVRACHTINGSKANTOOR B.V. also requests the Court to enter an Order supplemental to the declaratory judgment that orders UYT to do the following forthwith, and provides for such other and further relief as the Court deems just and proper:

(a) Cease doing business under the name UNITED YACHT TRANSPORT;

(b) Terminate use of the UNITED YACHT TRANSPORT Mark or any other confusingly similar Mark;

(c) Change UYT's corporate name to a name not confusingly similar to the United Yacht Transport name;

(d) Terminate or remove all electronic publications, advertisements or websites, that use or refer to the UNITED YACHT TRANSPORT Mark;

(e) Destroy all print advertisements, brochures, or tangible materials and items that use or refer to the UNITED YACHT TRANSPORT Mark;

(f) Remove all online social media accounts that use the UNITED YACHT TRANSPORT Mark, including but not limited to UYT's Twitter, Facebook and Instagram accounts;

(g) Cease sending out any emails or marketing or informational materials by electronic means to any person, including potential customers, vendors or others, that use or make reference to the UNITED YACHT TRANSPORT Mark;

(h) Transfer to SPLIETHOFF all domain names owned by or registered in the name of United Yacht Transport LLC, or any officer, agent, manager or affiliate of UYT, that use or incorporate the UNITED YACHT TRANSPORT Mark, including but not limited to www.united-yacht.com; and

(i) Transfer to SPLIETHOFF any and all registrations, of any kind or form, held by UYT, or any officer, agent, manager or affiliate of UYT that reference the UNITED YACHT TRANSPORT Mark.

Dated:  July 12, 2021.

CASE NO.

Respectfully submitted,

/s/ J. Michael Pennekamp
J. Michael Pennekamp
Fla. Bar No. 983454
Email: jmp@fowler-white.com
Sandra I. Tart
Fla. Bar No. 358134
Email: start@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

*Counsel for Spliethoff Bevrachtingskantoor B.V.*